# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0172

_____

PHILLIP ROGERS,

    Appellant,

    v.

JACKSONVILLE SHERIFF'S
OFFICE/ CITY OF JACKSONVILLE
RISK MANAGEMENT,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident:  March 4, 2011.

September 20, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kelli Biferie Hastings of Law Office of Kelli Biferie Hastings, PLLC, Orlando, and James Spears of Law Office of James R. Spears, PLLC, Orlando, for Appellant.

Thomas G. Portuallo of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Jacksonville, for Appellees.